## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**BELYNDA L. BOWMAN-COOK**

     **Plaintiff**

**Vs.**                                   **Case No.: CAL14-05733**

**WASHINGTON METROPOLITAN TRANSIT AUTHORITY, et. al.**

     **Defendants**

### MEMORANDUM AND ORDER OF COURT

In this matter, the court has reviewed this case at the request of the clerk's office as no information report was filed when this case began. When an information report is not filed, the clerk's office, the Office of Calendar Management and the court has difficulty in scheduling the case. The court will set a status hearing to be informed by plaintiff, the time estimates of this case, the appropriate placement of this case in a track and if possible to issue a scheduling order.

The court notes that the plaintiff is self-represented. The plaintiff has the right to proceed as a self-represented litigant. The court would, however, strongly advise that the plaintiff seek the services of an attorney. The Maryland Rules of Procedure and Maryland Rules of Evidence are applicable to all litigants whether they be attorneys or not. These rules can be difficult and hard to understand. If the plaintiff has difficulty in finding an attorney, they may contact the Prince George's Bar Association-Lawyer Referral Service at 301-952-1442 or visit the Self Represented Litigants Room located on the second floor of the courthouse, Room M2435.

**THEREFORE**, it is this 28th day of April, 2014 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that a Status Hearing be held before Judge Green on July 11, 2014 at 9:00 a.m.

Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

Belynda L. Bowman-Cook
3321 Croffut Pl SE
Washington, DC  20019

WMATA
Attn:  Frederic H. Schuster, Esq.
600 5th St. NW
Washington, DC  20001-2610

Amalgamated Transit Union Local 689
Attn:  Jackie Peter, President
2701 Whitney Place
Forestville, MD  20747

Lori Hester    4/28/14

Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.